

**THOMAS G. BRUTON**
Clerk of Court

### GUIDELINES FOR PROCEEDINGS

*USA v. Guzman-Loera et al 09 CR 383-21*

The following procedures will apply in connection with the hearing in *09 CR 383-21* scheduled to commence at 11:30 a.m. on Tuesday, July 30, 2024, in Courtroom 1719 at the Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

- The Courthouse will open at 7:00 a.m. and close at 6:00 p.m.

- The U.S. Marshals Service will be in charge of providing security and may limit seating or access as necessary to ensure the safety of all present.

- Beginning at 11:00 a.m., all members of the media and public may line up in the public corridor outside Courtroom 1719.

- At 11:15 a.m., credentialed members of the media will be seated in the jury box. Sketch artists will be provided a seat and must be present at 11:15 p.m. in the hallway outside the courtroom. Members of the media in the jury box will be asked to present valid, unexpired court-recognized media credentials.

- No cell phones, laptops, or other electronic devices will be allowed in Courtroom 1719. Lockboxes for cell phones will be available outside Courtroom 1719 on a first come, first served basis with limited availability. The lockboxes do not accommodate laptops or iPads, and those devices are not allowed in the courtroom.

- All other media and public will line up in the public corridor outside Courtroom 1719 no earlier than 11:00 a.m. Seating will be provided on a first come, first served basis.

- Courtroom 1925 will be used as an overflow courtroom with a video and audio feed from courtroom 1719. Members of the media with an unexpired court-recognized media credentials will be allowed to use their electronic devices in the overflow courtroom. Members of the public will not be allowed to bring electronic devices into courtroom 1925.

- Recording, streaming, broadcasting, or photographing is prohibited pursuant to Local Rule 83.1.

- Photographing and video or audio recording or transmission of any court proceeding, including in an overflow room, is prohibited.

- No beverages or food are allowed in the courtroom.

- Members of the media must display court media credentials on their person while in the courthouse.

- Credentialed members of the media will have lobby access until 6:00 p.m.

- Chairs and stools will not be allowed in the media area of the lobby.

- The U.S. Marshals Service can restrict the entrance to the media area in the lobby should there arise a life safety concern with occupancy.

- The media is reminded that public safety must be considered, and any action that may cause an unsafe environment will be addressed by the U.S. Marshals Service. No member of the public or the media can block an entrance or exit to the Courthouse.

- Failure to comply with these rules will result in removal from the courtroom. Any violation of a court order will be addressed.

- No conversations or disruptive gestures are permitted in the courtroom.

- No interviews or interview requests are permitted on the 17th floor or any other floor of the Dirksen U.S. Courthouse other than in the lobby, pursuant to the August 23, 2018, Joint Courthouse Security Order

- Interviews may occur only in the designated media area of the lobby. Only credentialed members of the media may use the media area of the lobby. Filming of any security equipment or uniformed security personnel is strictly prohibited.

- The recording, streaming, or use of cameras is not allowed in the Courthouse, except in the media area in the lobby. Cameras, photography, and recording are prohibited in all areas of the Courthouse except in the media area of the lobby.

- The U.S. Marshals Service can restrict the entrance to the media area in the lobby should there arise a life safety concern with occupancy.

- The media is reminded that public safety must be considered, and any action that may cause an unsafe environment will be addressed by the U.S. Marshals Service. No member of the public or the media can block an entrance or exit to the Courthouse.

- Pursuant to LR 83.1, the designated Freedom of Speech and Expression area is the Federal Plaza, located at the southwest corner of Adams and Dearborn Streets. The General Services Administration maintains this area and may require special permitting. Soliciting and loitering within the court environs is prohibited. The unapproved congregating of groups or the causing of a disturbance or nuisance within or on the curtilage of the courthouses of this Court is prohibited. Demonstrating, protesting, picketing or parading outside of the courthouses of this Court is prohibited only when such action obstructs or impedes the orderly administration of justice.

- Failure to comply with these rules will result in removal from the courtroom and courthouse. Any violation of a court order will be addressed.

  **Contact:** Additional information, regulations, and prohibitions are on the Court's website, www.ilnd.uscourts.gov, and posted in the Courthouse. If you have any questions regarding the guidelines, please contact Thomas Bruton, Clerk of Court, at thomas_bruton@ilnd.uscourts.gov