**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| USA,<br><br>Plaintiff(s),<br><br>v.<br><br>Joaquin Guzman Lopez,<br><br>Defendant(s). | Case No. 09 CR 383-21<br>Judge Sharon Johnson Coleman |

## ORDER

Initial Appearance held. Arraignment held. Defendant appears after arrest on 7/25/2024. Attorney Jeffrey Lichtman appears as retained counsel for defendant. Defendant waives formal reading and enters plea of not guilty to the thirteenth superseding indictment. Defendant waives the issue of detention at this time. Defendant remanded into U.S. Marshal custody until further order of the Court. Counsel for the government reported that the Rule 16.1 conference will be held by 8/13/2024 and that counsel for defendant has received the majority of discovery. An in-person status hearing set to 9/30/2024 at 10:15 AM. Oral motion by the government for exclusion of time until the status is granted. Time is excluded to 9/30/2024 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(i) with no objections.

Date: 7/30/2024

_____
Sharon Johnson Coleman
United States District Judge